Michael W. Sebesta
State Bar No. 24033171
Majeedah Murad
Texas Bar No. 24103590
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX 75202
Phone : (214) 573-7306
Fax : (214) 573-7399
Email : msebesta@chfirm.com
Email : mmurad@chfirm.com

Attorneys for Jeffrey H. Mims,
Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In Re: § § § | | |
| MOUNTAIN TOP ENTERPRISES, LLC, d/b/a Saratoga Roofing & Construction, § § § § | Case No. 15-34282-hdh7 | |
| Debtor. § § | | |
| § § | | |
| JEFFREY H. MIMS, CHAPTER 7 TRUSTEE, § § § | | |
| Plaintiff, § § | | |
| v. § § | Adversary No. 17-03097 | |
| AMERICAN BUILDERS & CONTRACTORS SUPPLY CO., INC., a/k/a ABC SUPPLY CO. INC., a/k/a ABC SUPPLY, a/k/a ABC SUPPLY CO, § § § § § | | |
| Defendant. § § § | | |

## STIPULATION OF DISMISSAL OF ADVERSARY
## PROCEEDING WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Jeffrey H. Mims, Chapter 7 Trustee for the above-referenced debtor and Plaintiff in the above-captioned adversary proceeding ("Trustee"), and Defendant American Builders & Contractors Supply Co., Inc., a/k/a

ABC Supply Co. Inc., a/k/a ABC Supply, A/K/A ABC Supply Co (the "Defendant"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), made applicable by Fed. R. Bankr. P. 7041, and pursuant to the Trustee's Stipulation, Agreement, and Compromise Pursuant to Rule 9019 with Defendant, approved by the Court, that the above-captioned adversary proceeding shall be and hereby is DISMISSED with prejudice.

AGREED AS TO FORM AND CONTENT:

/s/ Michael W. Sebesta
Michael W. Sebesta
State Bar No. 24033171
Majeedah Murad
Texas Bar No. 24103590
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX 75202
Phone : (214) 573-7306
Fax : (214) 573-7399
Email : msebesta@chfirm.com
Email : mmurad@chfirm.com

Attorneys for Jeffrey H. Mims,
Chapter 7 Trustee

/s/ Rafael X Zahralddin
(with permission by Mike Sebesta)
Rafael X. Zahralddin – Aravena
DE No. 4166
ELLIOTT GREENLEAF, P.C.
1105 N. Market Street, Suite 1700
Wilmington, DE 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
Email: rxza@elliottgreenleaf.com

Attorneys for American Builders &
Contractors Supply Co., Inc.